UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SCOTTIE CROSBY,

        Plaintiff,

-vs-                                          Case No.  5:06-cv-217-Oc-10GRJ

SUMTER COUNTY, FLORIDA, SUMTER
COUNTY SCHOOL BOARD, SUMTER
COUNTY COMMISSIONERS, CITY OF
WILDWOOD, Mayor or Head Official,
STATE RETIREMENT SYSTEM,

        Defendants.
_____

## O R D E R

The United States Magistrate Judge has issued a report (Doc. 22) recommending that the pro se Plaintiff's Amended Complaint (Doc. 17) should be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted. The Plaintiff has not objected to the report and recommendation of the Magistrate Judge, and the time for objecting has elapsed.

To the extent that the Plaintiff in his Amended Complaint purports to assert a claim pursuant to 28 U.S.C. § 1983 for a violation of his now-deceased grandmother's civil rights, the Amended Complaint is due to be dismissed, but without prejudice because the Court lacks subject matter jurisdiction and cannot adjudicate the claim. In addition, to the extent that the Plaintiff in his Amended Complaint purports to assert a breach of contract claim

pursuant to state law, such a claim is dismissed without prejudice because this Court lacks subject matter jurisdiction, there being a lack of complete diversity.

Accordingly, upon an independent examination of the file and upon due consideration, it is ordered that:

(1) the report and recommendation of the Magistrate Judge (Doc. 22) is adopted, confirmed and made a part hereof to the extent that it does not conflict with this Order;

(2) this case is DISMISSED without prejudice for lack of subject matter jurisdiction as to all the Defendants; and

(3) the Clerk is directed to enter judgment accordingly, terminate any pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 12th day of September, 2007.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record